```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| EBONY CROSSON, | Civil Action |
| Plaintiff, | No. 16-8354 (JBS-AMD) |
| v. | **MEMORANDUM OPINION** |
| CAMDEN COUNTY CORRECTIONAL FACILITY, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Ebony Crosson seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**March 6, 2017**  s/ Jerome B. Simandle
Date  JEROME B. SIMANDLE
  Chief U.S. District Judge